IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE:
    Richard A. McCabe, Jr.                                    Case # 14-52554
    Kristie A. McCabe                                        Chapter 13
              Debtors                                          Judge Caldwell

**NOTICE OF CHANGE OF ADDRESS**

Now comes Richard A. McCabe, Jr., by and through counsel, and hereby notifies the Court of his new address. The Debtor's mailing address is as follows:

        Richard A. McCabe, Jr.
        216 W. 8th Street
        Marysville, OH 43040

                                              /s/ John F. Cannizzaro
                                              John F. Cannizzaro # 0005096
                                              Attorney for Debtors
                                              302 S. Main Street
                                              Marysville, OH 43040
                                              937-644-9125 (telephone no.)
                                              937-644-0754 (fax no.)
                                              bkadmin@cfbjs.com

**Certificate of Service**

I hereby certify that a copy of the foregoing address change notice was sent by ECF service to Frank M. Pees, Chapter 13 Trustee; U.S. Trustee's Office and by regular U.S. Mail service upon Richard A. McCabe, Jr., 216 W. 8th Street, Marysville, OH 43040 and Kristie A. McCabe, 1501 Mound Street, Springfield, OH 45505, this 11th day of February 2016.

                                              /s/ John F. Cannizzaro
                                              John F. Cannizzaro