# IN THE UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

IN RE:

| | |
|---|---|
| Richard A. McCabe, Jr. | Case # 14-52554 |
| Kristie A. McCabe | Chapter 13 |
| Debtors | Judge Caldwell |

## NOTICE OF CHANGE OF ADDRESS

Now comes Richard A. McCabe, Jr., by and through counsel, and hereby notifies the Court of his new address. The Debtor's mailing address is as follows:

> Richard A. McCabe, Jr.
> 690 Milford Ave., Apt. D
> Marysville, OH 43040

> /s/ Amy E. Gullifer
> Amy E. Gullifer # 0074218
> Attorney for Debtor(s)
> BRIDGES, JILLISKY & STRENG, LLC
> 302 South Main Street
> Marysville, Ohio 43040
> 937-644-9125 (telephone no.)
> 937-644-0754 (fax no.)
> bkadmin@cfbjs.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Change of Address was served (i) electronically on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court and (ii) by ordinary U.S. Mail on November 20, 2017 addressed to:

| | |
|---|---|
| Richard A. McCabe, Jr. | Kristie A. McCabe |
| 690 Milford Ave., Apt. D | 1501 Mound St. |
| Marysville, OH 43040 | Springfield, OH 45505 |

> /s/ Amy E. Gullifer
> Amy E. Gullifer