**IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

IN RE:
    Richard A. McCabe, Jr.                                      Case # 14-52554
    Kristie A. McCabe                                           Chapter 13
             Debtors                                              Judge Caldwell

**AMENDED NOTICE OF CHANGE OF ADDRESS**

Now comes Richard A. McCabe, Jr., by and through counsel, and hereby notifies the Court of his new address. The Debtor's mailing address is as follows:

        Richard A. McCabe, Jr.
        690 Milford Ave., Apt. 22D
        Marysville, OH 43040

                                        /s/ Amy E. Gullifer
                                        Amy E. Gullifer # 0074218
                                        Attorney for Debtor(s)
                                        BRIDGES, JILLISKY & STRENG, LLC
                                        302 South Main Street
                                        Marysville, Ohio 43040
                                        937-644-9125 (telephone no.)
                                        937-644-0754 (fax no.)
                                        bkadmin@cfbjs.com

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing Amended Notice of Change of Address was served (i) electronically on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court and (ii) by ordinary U.S. Mail on December 4, 2017 addressed to:

| Richard A. McCabe, Jr. | Kristie A. McCabe |
|---|---|
| 690 Milford Ave., Apt. 22D | 1501 Mound St. |
| Marysville, OH 43040 | Springfield, OH 45505 |

                                        /s/ Amy E. Gullifer
                                        Amy E. Gullifer